**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION**

**QUINELL SHUMPERT**                                                          **PLAINTIFF**

**VS.**                                             **CIVIL ACTION NO.: 1:20-cv-00197-GHD-RP**

**CITY OF ABERDEEN, MISSISSIPPI, ET AL.**                          **DEFENDANTS**

## AGREED JUDGMENT OF DISMISSAL WITH PREJUDICE

The parties have agreed to and announced to the Court a confidential settlement of this case, and the Court, being advised that the parties have an informed understanding of their rights, that the parties have a full appreciation of the consequences of the confidential settlement, and that the terms of the settlement are fair and reasonable, is desirous that this matter be finally closed on the docket.

IT IS, THEREFORE, hereby ORDERED AND ADJUDGED that this case is hereby DISMISSED WITH PREJUDICE as to all parties and all claims, with the parties to bear their own costs. Pursuant to the confidential agreement of the parties, the Court will retain jurisdiction over this lawsuit for the purpose of enforcing the confidential settlement agreement.

SO ORDERED AND ADJUDGED, this the __13_ day of July, 2021.

_____
SENIOR U.S. DISTRICT JUDGE


APPROVED AS TO FORM AND CONTENT:


*/s/ Jim Waide*                                    */s/ G. Todd Butler*
JIM D. WAIDE, III                          G. TODD BUTLER


***ATTORNEY FOR PLAINTIFF***          ***ATTORNEY FOR MUNICIPAL DEFENDANT***

/s/ *Walker Gibson*
WALKER GIBSON

***ATTORNEY FOR DEFENDANT RANDLE***

PD.34043188.1